IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VISUAL MEMORY LLC,<br>       Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:15-cv-789-RGA |
| NVIDIA CORPORATION,<br>       Defendant. | )<br>)<br>) |

## ORDER

Plaintiff Visual Memory LLC and Defendant NVIDIA Corporation (together, the "Parties") have jointly moved the Court to dismiss the case between them with prejudice. The Court, having considered this request, is of the opinion that the Parties' request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff Visual Memory LLC's claims against Defendant NVIDIA Corporation are dismissed with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

SO ORDERED, this 17 day of January, 2018.

*Richard G. Andrews*
United States District Judge